# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| DAVID HORVATH<br>*Plaintiff*<br>v.<br>TRIUMVIRATE, LLC, An Alaska Limited Liability Company, et al.,<br>*Defendants* | )<br>)<br>)<br>)<br>)<br>)<br>Civil Action No. 3:23-cv-00099-SLG |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT this case is remanded to State of Alaska, Third Judicial District pursuant to 28 U.S.C. § 1441.

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

Date: July 28, 2023

**Brian D. Karth**
Brian D. Karth
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*